**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Robert Eugene MARTIN, Defendant–Appellant.**

**No. 11–12575**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

June 7, 2012.

Michelle Thresher Taylor, Esq., James A. Muench, Robert E. O'Neill, David Paul Rhodes, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Thomas H. Ostrander, Attorney at Law, Bradenton, FL, for Defendant–Appellant.

Before BARKETT, PRYOR and HILL, Circuit Judges.

PER CURIAM:

Thomas H. Ostrander, appointed counsel for Robert Eugene Martin in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because an independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,**

and Martin's convictions and sentences are **AFFIRMED.**